INTERNATIONAL ASSOCIATION OF MACHINISTS LODGE NO. 912, affiliated with District No. 34 of the International Association of Machinists, Appellant,

v.

GENERAL ELECTRIC COMPANY, Appellee.

No. 13717.

United States Court of Appeals
Sixth Circuit.

April 9, 1959.

Walter F. Smith, and Richard C. Curry, Cincinnati, Ohio, for appellant.

J. Mack Swigert, Taft, Stettinius & Hollister, Cincinnati, Ohio, for appellee.

Before MARTIN, Chief Judge, and MARIS and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed That the judgment of the district court, D.C., 164 F.Supp. 794, be and is hereby affirmed on the findings of fact and conclusions of law of Judge Druffel.

NATIONAL FACTORS, INC., Appellant,

v.

ALLEN B. DU MONT LABORATORIES, INC., Appellee.

No. 13691.

United States Court of Appeals
Sixth Circuit.

April 14, 1959.

Philip Schneider and Herbert Shaffer, Waite, Schindel, Bayless & Schneider, Cincinnati, Ohio, for appellant.

Robert P. Goldman and William Bahlman, Jr., Paxton & Seasongood, Cincinnati, Ohio, for appellee.

Before ALLEN, MILLER and MARIS, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel;

And it appearing that the District Court made extensive and detailed findings of fact based, among other things, upon numerous written exhibits introduced in evidence, which findings of fact are supported by the record;

And it appearing that the court's legal conclusions are in accordance with the applicable law:

It is ordered that the judgment, D.C., 165 F.Supp. 15, be and it hereby is affirmed.